**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| **XEROX CORPORATION,** | Case No.: SACV 13-00719-CJC(JPRx) |
| Plaintiff, | |
| vs. | |
| | **DEFAULT JUDGMENT** |
| **JEEVANI AND ASSOCIATES, INC.**, a California Corporation dba **THE PRINT CONNECTION,** | |
| Defendant. | |

      This matter came before the Court on Plaintiff Xerox Corporation's ("Xerox") motion for default judgment against Defendant Jeevani and Associates, Inc., dba The Print Connection ("Defendant").  (Dkt. No. 14.)  On October 3, 2013, the Court, being fully advised, issued an Order granting Xerox's motion and finding that Xerox is entitled to default judgment in its favor and against Defendant.  In accordance with the Court's

October 3, 2013 Order, IT IS HEREBY ORDERED that default judgment on the Complaint is entered in favor of Xerox and against Defendant, and Xerox is awarded **$430,220.01** and possession of the copier/printer equipment identified as Xerox XC800, serial number WXP008158; Xerox EX1000, serial number XDA302649; and Xerox P4112CPC, serial number GYA889238.

DATED:   October 3, 2013

_____

CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE